**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ANSON FENTON,**<br><br>**Defendant.** | **Case No. 24-CR-30154-SPM-1** |

# MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

This matter is before the Court on Defendant Anson Fenton's Motion for Early Termination of Probation. (Doc. 37).

Under 18 U.S.C. § 3564(c), the Court may terminate a term of probation at any time after the expiration of one year of probation in the case of a felony if, after considering the factors in 18 U.S.C. § 3553(a) to the extent applicable, it is satisfied that termination is warranted by the defendant's conduct and the interest of justice.

While the Court is pleased to note Fenton's compliance with the conditions of probation thus far, approximately $1,800 of Fenton's restitution obligation remains outstanding, and the Court must account for the need to provide restitution to the victims of the offense. 18 U.S.C. § 3553(a)(7). Although Defendant's restitution obligation would continue after probation ends, *see* 18 U.S.C. § 3613(b), supervision helps ensure that payments proceed steadily until the obligation is satisfied.

Accordingly, Defendant's Motion for Early Termination of Probation (Doc. 37) is **DENIED without prejudice**.

The Court encourages Defendant to renew the motion once his restitution has been paid in full. If Defendant continues to comply with the conditions of probation, the Court anticipates that it would look favorably on such a request.

**IT IS SO ORDERED.**

**DATED:** October 29, 2026

**U.S. District Judge**